No. 64088.—Witkowski N. Y. Agency, Inc., and J. J. Gavin & Co., Inc. *v.* United States, protest 59/19440 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of photographic lenses similar in all material respects to those the subject of Abstract 61631, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 18, 1960

No. 64089.—H. Rosenhirsch Co., Inc. *v.* United States, protests 310007–K and 58/13122 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.